```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

TRAVELERS PROPERTY CASULATY COMPANY OF
AMERICA,

                    Plaintiff,
                                                    ORDER
        - against -
                                              23 Civ. 4074 (NRB)
SHIPCO TRANSPORT INC., ATLANTIC CONTAINER
LINE AB,

                    Defendants.

---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in principle in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 45 days.

DATED:   New York, New York
         October 19, 2023

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE